**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Northern District of Iowa

Case number (*if known*): _____

Chapter you are filing under:
- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Albert City Improvement Corporation |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | dba Pleasant View Nursing Home<br>dba Countryside Living |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 42-0918913 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 410 Spruce Street | |
| Number       Street | Number       Street |
| P.O. Box 8 | |
| | P.O. Box |
| Albert City          IA      50510 | |
| City          State    ZIP Code | City          State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Buena Vista County | |
| County | Number       Street |
| | |
| | City          State    ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

- ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other. Specify: _____

| Debtor | Albert City Improvement Corporation | Case number (if known) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☑ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.   District _____   When _____   Case number _____
                                      MM / DD / YYYY

              District _____   When _____   Case number _____
                                        MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.   Debtor _____   Relationship _____

            District _____   When _____
                                             MM / DD / YYYY

            Case number, if known _____

| Debtor | Albert City Improvement Corporation | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
        Number        Street

_____

City        State    ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| Debtor | Albert City Improvement Corporation | Case number (if known) |
|---|---|---|
| | Name | |

| **16. Estimated liabilities** | ☐ $0-$50,000 | ☒ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☒ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _08 / 25 / 2023_
MM / DD / YYYY

**X** _Colleen Miller_                    Colleen Miller
Signature of authorized representative of debtor      Printed name

Title _President of Board_

**18. Signature of attorney**

**X** _(signature)_                    Date _8 / 25 / 2023_
Signature of attorney for debtor                MM / DD / YYYY

Wil Forker
Printed name
Wil Forker
Firm name
701 Pierce Street, Ste. 303
Number    Street
Sioux City                    IA        51101
City                    State    ZIP Code

(712) 252-1395                    forkerlaw@gmail.com
Contact phone                    Email address

1707                        IA
Bar number                    State

**Fill in this information to identify the case:**

Debtor name _Albert City Improvement Corporation_

United States Bankruptcy Court for the: Northern District of Iowa

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:    Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From _____<br>MM / DD / YYYY | to Filing date | ☐ Operating a business<br>☐ Other | $ 0.00 |
| For prior year: | From 01/01/2022<br>MM / DD / YYYY | to 12/31/2022<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 2,162,444.00 |
| For the year before that: | From 01/01/2021<br>MM / DD / YYYY | to 12/31/2021<br>MM / DD / YYYY | ☐ Operating a business<br>☐ Other | $ 1,834,330.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From _____<br>MM / DD / YYYY | to Filing date | _____ | $_____ |
| For prior year: | From _____<br>MM / DD / YYYY | to _____<br>MM / DD / YYYY | _____ | $_____ |
| For the year before that: | From _____<br>MM / DD / YYYY | to _____<br>MM / DD / YYYY | _____ | $_____ |

Debtor    Albert City Improvement Corporation _____    Case number *(if known)*_____
_____Name

---

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/23 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | _____<br>Creditor's name | | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. | _____<br>Creditor's name | | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | _____<br>Insider's name<br><br>**Relationship to debtor**<br>_____ | _____<br>_____<br>_____ | $_____ | |
| 4.2. | _____<br>Insider's name<br><br>**Relationship to debtor**<br>_____ | _____<br>_____<br>_____ | $_____ | |

---

Debtor  Albert City Improvement Corporation _____
        Name

Case number (if known) _____

---

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. | | | $_____ |
| Creditor's name | | _____ | |
| 5.2. | | | $_____ |
| Creditor's name | | _____ | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | $_____ |
| Creditor's name | | _____ | |

Last 4 digits of account number: XXXX– _____

---

## Part 3:  Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. Grapetree Medical Staffing LLC v. Albert City Improvement Corporation, dba Pleasant View Nursing Home, aka Pleasant View Home | civil | Iowa District Court-Buena Vista | ☐ Pending ☐ On appeal ☑ Concluded |
| **Case number** LACV035343 | | | |
| 7.2. Tasha Kay Stauffer v. Albert City Improvement Corporation, dba Pleasant View Home. an Iowa Domestic | civil | Iowa District Court-Buena Vista | ☑ Pending ☐ On appeal ☐ Concluded |
| **Case number** LACV035441 | | | |

---

Debtor    Albert City Improvement Corporation                                    Case number (if known)_____
         Name

### 8. Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
| --- | --- | --- |
| _____ | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| | _____ | _____ |
| | **Case number** | Name |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

---

| Part 4: | Certain Gifts and Charitable Contributions |
| --- | --- |

### 9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
| --- | --- | --- | --- |
| 9.1. _____ | | _____ | $_____ |
| Recipient's name | | _____ | $_____ |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |
| 9.2. _____ | | _____ | $_____ |
| Recipient's name | | _____ | $_____ |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |

---

| Part 5: | Certain Losses |
| --- | --- |

### 10. All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
| --- | --- | --- | --- |
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| | _____ | _____ | $_____ |

Debtor    Albert City Improvement Corporation
_____    Case number (*if known*)_____
          Name

---

### Part 6:   Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Wil L. Forker | | | $ 2,662.00 |
| | **Address** | | _____ | |
| | 701 Pierce Street, Ste. 303 Sioux City, IA 51101 | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | | _____ | $_____ |
| **Trustee** | | | |
| _____ | | | |

---

Debtor _____Albert City Improvement Corporation_____     Case number (*if known*)_____
                    Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | **Who received transfer?** _____ | | _____ | $_____ |
| | **Address** | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

---

| Part 7: | **Previous Locations** |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy | |
|---|---|---|---|
| 14.1. | | From _____ | To _____ |
| 14.2. | | From _____ | To _____ |

Debtor    Albert City Improvement Corporation    Case number (if known) _____
_____
Name

---

### Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

☑ diagnosing or treating injury, deformity, or disease, or

☑ providing any surgical, psychiatric, drug treatment, or obstetric care?

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. Pleasant View Nursing Home/Countryside L[i] <br> Facility name | nursing home | _____ |
| | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. <br> on premises & digitally with 3rd party provider | **How are records kept?** <br> *Check all that apply:* <br> ☑ Electronically <br> ☑ Paper |
| 15.2. <br> _____ <br> Facility name | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care <br> _____ |
| | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** <br> *Check all that apply:* <br> ☐ Electronically <br> ☐ Paper |

---

### Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

   Does the debtor have a privacy policy about that information?

   ☐ No
   ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

   Yes. Does the debtor serve as plan administrator?

   ☑ No. Go to Part 10.
   ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

   Has the plan been terminated?

   ☐ No
   ☐ Yes

---

Debtor     Albert City Improvement Corporation                  Case number *(if known)* _____
          Name

---

**Part 10:**    **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Community State Bank (payroll account)<br>Name | XXXX–_____ | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | 02/01/2023 | $ 0.00 |
| 18.2. | Community State Bank (general business)<br>Name | XXXX–_____ | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | 02/01/2023 | $ 0.00 |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☐ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Community State Bank (general business)<br>Name<br><br><br>Address | | empty | ☑ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br><br>Address | | | ☐ No<br>☐ Yes |

Debtor    <u>Albert City Improvement Corporation</u>              Case number *(if known)*_____
            Name

**Part 11:**    **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |

**Part 12:**    **Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | _____ | | ☐ Pending |
| **Case number** | Name | | ☐ On appeal |
| _____ | | | ☐ Concluded |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ | _____ | | _____ |
| Name | Name | | |

Debtor  Albert City Improvement Corporation
_____     Case number (*if known*)_____
Name

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name | _____ Name | | _____ |

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____ Name | | EIN: _____ Dates business existed From _____ To _____ |
| 25.2. | _____ Name | | EIN: _____ Dates business existed From _____ To _____ |
| 25.3. | _____ Name | | EIN: _____ Dates business existed From _____ To _____ |

Debtor    Albert City Improvement Corporation
_____    Case number (if known)_____
Name

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Dates of service |
|---|---|---|
| 26a.1. | Campbell Mummert Higgins CPA<br>Name<br>Spencer, IA | From 01/01/2000<br>To 09/15/2023 |
| 26a.2. | _____<br>Name | From _____<br>To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| | Name and address | Dates of service |
|---|---|---|
| 26b.1. | State of Iowa Medicaid (audit)<br>Name | From 01/01/2023<br>To 01/01/2023 |
| 26b.2. | _____<br>Name | From _____<br>To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | Brighton Consulting Group<br>Name<br>Coralville, IA | |

Debtor    Albert City Improvement Corporation                                    Case number (*if known*)_____
          <u>Name</u>

|  | **Name and address** | **If any books of account and records are unavailable, explain why** |
|---|---|---|
| 26c.2. | _____<br><u>Name</u> |  |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

|  | **Name and address** |
|---|---|
| 26d.1. | _____<br><u>Name</u> |
| 26d.2. | **Name and address**<br>_____<br><u>Name</u> |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
☑ Yes. Give the details about the two most recent inventories.

| **Name of the person who supervised the taking of the inventory** | **Date of inventory** | **The dollar amount and basis (cost, market, or other basis) of each inventory** |
|---|---|---|
| Colleen Miller | _____ | $_____ |

**Name and address of the person who has possession of inventory records**

|  |  |
|---|---|
| 27.1. | _____<br><u>Name</u> |

Debtor    Albert City Improvement Corporation _____     Case number (*if known*)_____
_____Name_____

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |
| **Name and address of the person who has possession of inventory records** | | |

27.2.  _____
_____Name_____

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| See Attached SOFA Part 13, Question 28 | , | | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | _____ | _____ | _____ | |
| | _____Name_____ | | | |
| | | | _____ | |
| | | | _____ | |
| | **Relationship to debtor** | | _____ | |
| | _____ | | | |

Debtor   Albert City Improvement Corporation _____      Case number (if known)_____
         Name

**Name and address of recipient**                          _____    _____

30.2   _____                               _____
       Name                                                               _____

                                                                          _____

**Relationship to debtor**                                                _____
       _____

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
☑ No
☐ Yes. Identify below.

   **Name of the parent corporation**                     **Employer Identification number of the parent corporation**

   _____              EIN: _____

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
☑ No
☐ Yes. Identify below.

   **Name of the pension fund**                           **Employer Identification number of the pension fund**

   _____              EIN: _____

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08 / 25 / 2023
             MM / DD / YYYY

✗ _Colleen Miller_____        Printed name  Colleen Miller_____
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  title  President of Board

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☑ Yes

Harold Bloom Estate
C/o Elaine Alhberg
P.O. Box 82
Rochelle, IL  61068

ARLY BLOOM
P.O. BOX 186
AURELIA, IA 51005

MARY ANN DIEHL
C/O SUSAN MITCHELL
1939 NW 70TH PLACE
ANKENY, IA 50023

Glen Swenson
5143 220th Ave
Albert City, IA 50510

Darrel Behrens
Box 246
Albert City, IA 50510

Darlene Hughes
unknown

Sandra Aronson
P.O. Box 441
Albert City, IA 50510

Judy Beazley
2211 Tenbrink Dr
Rolla MO 64401-2405

James Fales
P.O. Boc 147
Albert City, IA 50510

Steven Fales
c/o Sandra Aronson
P.O. Box 441
Albert City, IA 50510

Susan Richardson
c/o Sandra Aronson
P.O. Box 441
Albert City, IA 50510

Robert A Johnson
530 S. 3rd Street
Albert City, IA 50510

Daniel Lullman
519 3rd Street South
Albert City, IA 50510

Marylin Bolte
C/O Doug Bolte
53642 110TH AVE
ALBERT CITY, IOWA 50510

Vivian Sundblad
4832 230th Ave
Albert City, IA 50510

Carl Gochnauer
1407 Lakeside Ave  Apt. 405
Lake Park IA 51347

Sandra Nordine
C/O Accura Healthcare
401 W 5th
Aurelia, IA 51005

Merle and Shirley Hogrefe
P.O. Box 236
Albert City, IA 50510

Ruby Peterson
10278 525th Street
Albert City, IA 50510

Stacy Lopez
123 Anderson Street
Hutto TX  77634

Ronald Reed
416 E Garfield
Laurens, IA 50554

Beverly Mc Griff
12137 510th Street
Laurens, IA 50554

Debra Clausen
405 Walnut
Albert City, IA 50510

Carole Peterson
1211 Saint Luke Drive  Apt 101
Spencer, IA 51301

Everett Nordine
c/o Sandra Nordine
401 W 5th
Aurelia, IA 51005

Jim and Elinor Roberts
Arlington Place
101 NE 5th Street
Pocahontas, IA 50574

Mrs. Norman Gustafson
1930 Andrews Drive
Pleasant Hill, IA 50327

Roger and Ethel Bjork
11839 490th St
Laurens IA 50554

Robert E Johnson
939 Deer Run Dr
Monticello IA 52310

Patty Brosamle
110 Davenport
Holstein, IA 51025

Colin Johnson
5067 235th Ave
Albert City, IA 50510

Robert Johnson
530S 3rd Street
Albert City, IA 50510

Joanne K Sundblad
c/o K Richard Sundblad
911 NW Waterfront Dr
Ankeny, IA 50023

Mary Ann DeYoung
630 Hwy N 14 Apt 202
Albert City, IA 50510

K Richard Sundblad
911 NW Waterfront Dr
Ankeny, IA 50023

Karen Benna
808 Lakeshore Drive
Lakeside IA 50588

David Balder
2361 500 St
Albert City, IA 50510

Dale and Diane Skog
410 Walnut St
Albert City, IA 50510

Gary Balder
4972 240th Ave
Albert City, IA 50510

Forsberg LTD
C/O Allen Forsberg
1493 Bay front St
Milford, IA 51351

Colleen Miller
1925 490th St
Albert City, IA 50510

Chad Bjork
1666 540th St
Albert City, IA 50510

Connie Hansen
514 N 3rd St
Albert City, IA 50510

Stuart Anderson
628 S 4th St
Albert City, IA 50510

Kristin Griffin
515 N Chestnut
New Hampton, IA 50659

Gary Wenell
c/o Dale Wenell
11413 500th St
Albert City, IA 50510

Dale Wenell
11413 500th St
Albert City, IA 50510

Scott Loving
5316 210th Ave
Albert City, IA 50510

Duane Madsen
2245 520th St
Albert City, IA 50510

Betty R Bollard
2924 Bus Landen Drive
Pella, IA 50219

Julie R Nix
7186 So Robb St
Littleton CO 80127

Mavis Loving
5226 210th Ave
Albert City, IA 50510

Tanya Moens
118 SW Street
Annawan IL 61234

Robert Loving
5226 210th Ave
Albert City, IA 50510

Karl Lind
2842 240th Ave
Albert City, IA 50510

Lori Kulp
511 3rd Street South
Albert City, IA 50510

Mark Herrig
5137 190th Ave
Albert City, IA 50510

Alan Sundblad
614 3rd Street South
Albert City, IA 50510

Kim Johnson
P O Box 211
Albert City, IA 50510

Colleen Miller  Chairperson
1925 490th St
Albert City, IA 50510


Alan Sundblad    Secretary
614 3rd Street South
Albert City, IA 50510


Tanya Moens
118 SW Street
Annawan IL 61234

Kim Johnson
P O Box 211
Albert City, IA 50510

Fill in this information to identify the case:

Debtor name __Albert City Improvement Corporation__

United States Bankruptcy Court for the: __Northern District of Iowa__

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

|  |  | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Creditor's name**<br>Community State Bank | **Describe debtor's property that is subject to a lien**<br>inventory, equipment (UCC) | $ 0.00 | $ 0.00 |
| **Creditor's mailing address**<br>1812 Hwy. Blvd.<br>Spencer, IA 51301 | | | |
| **Creditor's email address, if known**<br>_____ | **Describe the lien**<br>Agreement you made | | |
| | **Is the creditor an insider or related party?**<br>☑ No  ☐ Yes | | |
| **Date debt was incurred** 2004<br>**Last 4 digits of account number** _____ | **Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H). | | |
| **Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor, | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| **2.2** **Creditor's name**<br>Community State Bank | **Describe debtor's property that is subject to a lien**<br>real estate | $1,200,000.00 | $1,056,000.00 |
|---|---|---|---|
| **Creditor's mailing address**<br>1812 Hwy. Blvd.<br>Spencer, IA 51301 | | | |
| **Creditor's email address, if known**<br>_____ | **Describe the lien**<br>Agreement you made | | |
| **Date debt was incurred** 2004<br>**Last 4 digits of account number** _____ | **Is the creditor an insider or related party?**<br>☑ No  ☐ Yes | | |
| **Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Have you already specified the relative priority?<br>  ☐ No. Specify each creditor, including this creditor, and its relative priority. | **Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).<br>**As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| ☐ Yes. The relative priority of creditors is specified on lines _____ | | | |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     $ 1,200,000.00

| Debtor | Albert City Improvement Corporation | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Jessica Board<br>P.O. Box 3086<br>Sioux City, IA, 51102 | Line 2. _1_ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

Fill in this information to identify the case:

Debtor _____Albert City Improvement Corporation_____

United States Bankruptcy Court for the: _____Northern District of Iowa_____

Case number _____
(If known)

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

As of the petition filing date, the claim is: $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

_____

Basis for the claim:

Last 4 digits of account
number  _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

**2.2** Priority creditor's name and mailing address

As of the petition filing date, the claim is: $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

_____

Basis for the claim:

Last 4 digits of account
number  _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

**2.3** Priority creditor's name and mailing address

As of the petition filing date, the claim is: $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

_____

Basis for the claim:

Last 4 digits of account
number  _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

Debtor    Albert City Improvement Corporation                                    Case number *(if known)*_____
           _____
           Name

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | **Nonpriority creditor's name and mailing address**<br>Accelerated Care Plus Leasing<br>c/o Greenberg, Grant & Richards, Inc.<br>5858 Westheimer Rd., Ste. 500<br>Houston, TX, 77057 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** | $ 1,992.35 |
|---|---|---|---|
| | **Date or dates debt was incurred** _____<br>**Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>Acuity Insurance | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** | $ 32,756.00 |
| | **Date or dates debt was incurred** _____<br>**Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>Alliant Energy<br>P.O. Box 3060<br>Cedar Rapids, IA, 52406-3060 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Utility Services | $ 2,905.36 |
| | **Date or dates debt was incurred** _____<br>**Last 4 digits of account number** 1000 | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>Anderson Erickson Dairy Co.<br>2420 East University<br>Des Moines, IA, 50317 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** | $ 119.51 |
| | **Date or dates debt was incurred** _____<br>**Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| 3.5 | **Nonpriority creditor's name and mailing address**<br>Arjo Inc.<br>2349 W. Lake St., Ste. 250<br>Addison, IL, 60101 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** | $ 1,926.00 |
| | **Date or dates debt was incurred** _____<br>**Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>Boji Portable Toilets Inc.<br>P.O. Box 1312<br>Spencer, IA, 51301 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** | $ 450.00 |
| | **Date or dates debt was incurred** _____<br>**Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| Debtor | Albert City Improvement Corporation | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.7**   **Nonpriority creditor's name and mailing address**

Briggs Healthcare
7887 University Blvd.
Clive, IA, 50325

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 69.95

---

**3.8**   **Nonpriority creditor's name and mailing address**

Brighton Consulting Group Inc.
P.O. Box 42097
Urbandale, IA, 50323

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 2,170.00

---

**3.9**   **Nonpriority creditor's name and mailing address**

Buena Vista County Journal
P.O. Box 666
Newell, IA, 50568-0666

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 93.24

---

**3.10**   **Nonpriority creditor's name and mailing address**

Building Sprinkler Inc.
P.O. Box 1750
Sioux Falls, SD, 57101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 425.00

---

**3.11**   **Nonpriority creditor's name and mailing address**

Bureau of the Fiscal Service
P.O. Box 830794
Birmingham, AL, 35283-0794

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 1,180.27

---

| Debtor | Albert City Improvement Corporation | Case number (if known) |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.** 12  **Nonpriority creditor's name and mailing address**

Campbell, Higgins & Mummert PC
P.O. Box 237
Spencer, IA, 51301

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 3,100.00

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 13  **Nonpriority creditor's name and mailing address**

Centers for Medicare & Medicaid Services
1717 W. Broadway
Madison, WI, 53713-1834

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 1,798.29

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 14  **Nonpriority creditor's name and mailing address**

Coppage LTC Pharmacy Consulting, PLC
2506 Plum Creek Road
Algona, IA, 50511

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 210.00

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 15  **Nonpriority creditor's name and mailing address**

CRS
P.O. Box 667
Carroll, IA, 51401

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 109.18

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 16  **Nonpriority creditor's name and mailing address**

Dentons Davis Brown PC
215 10th St., Ste. 1300
Des Moines, IA, 50309-3993

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 742.00

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor _____Albert City Improvement Corporation_____ Case number _(if known)_____
       Name

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.17** Nonpriority creditor's name and mailing address

Direct Supply, Inc.
P.O. Box 88201
Milwaukee, WI, 53288-0201

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 59.34

---

**3.18** Nonpriority creditor's name and mailing address

Dish
P.O. Box 7203
Pasadena, CA, 91109-7303

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Cable / Satellite Services

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number ____7923____

$ 846.93

---

**3.19** Nonpriority creditor's name and mailing address

Emagine
1103 38th Ave. W
Spencer, IA, 51301

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 17.00

---

**3.20** Nonpriority creditor's name and mailing address

Gordon Flesch Company, Inc.
Bin 88236
Milwaukee, WI, 53288-0236

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 24.59

---

**3.21** Nonpriority creditor's name and mailing address

Grapetree Medical Staffing LLC
2501 Boji Bend Dr., Ste. 100
Milford, IA, 51351

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 62,322.87

---

Official Form 206E/F      Schedule E/F: Creditors Who Have Unsecured Claims     

Debtor  Albert City Improvement Corporation
_____        Case number (if known) _____
       Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.22** Nonpriority creditor's name and mailing address

GRP & Associates Inc.
P.O. Box 94
Clear Lake, IA, 50428

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 36.00

---

**3.23** Nonpriority creditor's name and mailing address

HealthCap RRG
130 S. 1st St., 4th Floor
Ann Arbor, MI, 48104

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,804.70

---

**3.24** Nonpriority creditor's name and mailing address

HPSI Purchasing Services
1 Ada, Suite 150
Irvine, CA, 92618-5338

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 112.50

---

**3.25** Nonpriority creditor's name and mailing address

Iowa Division of Labor Services
Boiler Safety Section
150 Des Moines St.
Des Moines, IA, 50309

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 40.00

---

**3.26** Nonpriority creditor's name and mailing address

KAYL AM/FM KKIA FM
910 Flindt Drive
Storm Lake, IA, 50588

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,793.40

---

Debtor ___Albert City Improvement Corporation_____     Case number *(if known)*_____
      Name

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                  **Amount of claim**

---

**3.27**   **Nonpriority creditor's name and mailing address**

Key Rehab
1335 NW Broad St.
Murfreesboro, TN, 37129

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$ 12,519.86**

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.28**   **Nonpriority creditor's name and mailing address**

Kinetic Business
Attn: Support Services
131 W. Matthews St.
Matthews, NC, 28105

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$ 648.22**

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.29**   **Nonpriority creditor's name and mailing address**

Knight Protection, Inc.
3070 Hwy. 71
Spencer, IA, 51301-2023

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$ 318.00**

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.30**   **Nonpriority creditor's name and mailing address**

Laurens Plumbing/Hwy. 10 Hardware
P.O. Box 97
Laurens, IA, 50554

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$ 1,490.18**

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.31**   **Nonpriority creditor's name and mailing address**

Martin Bros. Distributing Co., Inc.
P.O. Box 69
Cedar Falls, IA, 50613-0069

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$ 8,351.72**

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor ___Albert City Improvement Corporation_____    Case number *(if known)*_____
          Name

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.³²**   **Nonpriority creditor's name and mailing address**

Martin Health Services
P.O. Box 715001
Cincinnati, OH, 45271-5001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,510.19

---

**3.³³**   **Nonpriority creditor's name and mailing address**

McKesson Medical-Surgical
Minnesota Supply Inc.
9954 Mayland Dr., Ste. 5176A
Richmond, VA, 23233

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,091.92

---

**3.³⁴**   **Nonpriority creditor's name and mailing address**

Northwest Communications
844 Wood St.
Havelock, IA, 50546

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

**Date or dates debt was incurred** _____

**Last 4 digits of account number** 6814_____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 89.95

---

**3.³⁵**   **Nonpriority creditor's name and mailing address**

Northwest Respiratory Services

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 209.30

---

**3.³⁶**   **Nonpriority creditor's name and mailing address**

Office Elements
1102 Historic 4th Street
Sioux City, IA, 51101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 74.58

---

Debtor    Albert City Improvement Corporation            Case number *(if known)*_____
          Name

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.37**   **Nonpriority creditor's name and mailing address**

Onestaff Medical
10802 Farnam Dr.
Omaha, NE, 68154

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 4,562.00

---

**3.38**   **Nonpriority creditor's name and mailing address**

Premium Quality Lighting
2285 Ward Ave.
Simi Valley, CA, 93065

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 385.00

---

**3.39**   **Nonpriority creditor's name and mailing address**

Presto-X
1125 Berkshire Blvd., Ste. 150
Reading, PA, 19610

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 121.03

---

**3.40**   **Nonpriority creditor's name and mailing address**

Providence Engraving LLC
11 East Orange Street
Tarpon Springs, FL, 34689

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 63.85

---

**3.41**   **Nonpriority creditor's name and mailing address**

R&D Industries, Inc.
812 10th Street
Milford, IA, 51351

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 115.00

---

| Debtor | Albert City Improvement Corporation | Case number (if known) |
|---|---|---|
| | Name | |

---

**Part 2:    Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.__42__** Nonpriority creditor's name and mailing address

R&D Industries, Inc.
812 10th Street
Milford, IA, 51351

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**    _____
**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 13.00

---

**3.__43__** Nonpriority creditor's name and mailing address

Tasha Kay Stauffer
c/o Grant Rodgers
701 13th St., Ste. 1
West Des Moines, IA, 50265

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**    _____
**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3.__44__** Nonpriority creditor's name and mailing address

The Laurens Sun
P.O. Box 141
Laurens, IA, 50554

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**    _____
**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 210.00

---

**3.__45__** Nonpriority creditor's name and mailing address

Thryv Inc.
2200 W. Airfield Dr.
Dallas, TX, 75261

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**    _____
**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 203.21

---

**3.__46__** Nonpriority creditor's name and mailing address

Titan Nurse Staffing, LLC
2110 S. 169th Plaza
Omaha, NE, 68130

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**    _____
**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,746.25

---

Debtor  **Albert City Improvement Corporation**                              Case number *(if known)*_____
_____
Name

| Part 2: | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.**47  **Nonpriority creditor's name and mailing address**

UnityPoint Health
6100 Thornton Ave., Ste. 220
Des Moines, IA, 50321

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 58.00

**Date or dates debt was incurred**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**  _____

---

**3.**48  **Nonpriority creditor's name and mailing address**

Vivial
P.O. Box 4618
Carol Stream, IL, 60197-4618

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 171.90

**Date or dates debt was incurred**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**  _____

---

**3.**____  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

**Date or dates debt was incurred**  _____

**Is the claim subject to offset?**
No
☐ Yes

**Last 4 digits of account number**  _____

---

**3.**____  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

**Date or dates debt was incurred**  _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**  _____

---

**3.**____  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

**Date or dates debt was incurred**  _____

**Is the claim subject to offset?**
No
☐ Yes

**Last 4 digits of account number**  _____

---

Official Form 206E/F             **Schedule E/F: Creditors Who Have Unsecured Claims**             page 11 of 13

Debtor    Albert City Improvement Corporation           Case number *(if known)*
          Name

**Part 3:**     **List Others to Be Notified About Unsecured Claims**

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

    **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Grant M. Rodgers<br>701 13th St., Ste. 1<br>West Des Moines, IA, 50265 | Line 3.43<br>☐ Not listed. Explain: | _____ |
| 4.2. | I.C. System, Inc.<br>P.O. Box 64378<br>St. Paul, MN, 55164-0378 | Line 3.35<br>☐ Not listed. Explain | _____ |
| 4.3. | Stein Law Office<br>P.O. Box 537<br>Milford, IA, 51351 | Line 3.21<br>☐ Not listed. Explain | _____ |
| 4.4. | The Commercial Collection Corp. of NY, Inc.<br>34 Seymour St.<br>Tonawanda, NY, 14150 | Line 3.4<br>☐ Not listed. Explain | _____ |
| 4.1. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.5. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.6. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.7. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.8. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.9. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.10. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.11. | | Line ____<br>☐ Not listed. Explain | _____ |

Debtor _____Albert City Improvement Corporation_____    Case number (*if known*)_____
              Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
| --- | --- |

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
| --- | --- | --- |
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b.  + | $ 155,057.64 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 155,057.64 |

**Fill in this information to identify the case:**

Debtor name __Albert City Improvement Corporation__

United States Bankruptcy Court for the: __Northern District of Iowa__

Case number (If known): _____   Chapter __7__

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases            12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ■ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

   State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | copier Lessee | Cannon Financial Services |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name ___Albert City Improvement Corporation___

United States Bankruptcy Court for the: ___Northern District of Iowa___

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, _Schedules D-G_.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| _Column 1:_ **Codebtor** | | _Column 2:_ **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 | | | ☐ D  ☐ E/F  ☐ G |
| 2.2 | | | ☐ D  ☐ E/F  ☐ G |
| 2.3 | | | ☐ D  ☐ E/F  ☐ G |
| 2.4 | | | ☐ D  ☐ E/F  ☐ G |
| 2.5 | | | ☐ D  ☐ E/F  ☐ G |
| 2.6 | | | ☐ D  ☐ E/F  ☐ G |

<table>
<tr><td>Fill in this information to identify the case and this filing:</td></tr>
</table>

Debtor Name ___Albert City Improvement Corporation___

United States Bankruptcy Court for the: ___Northern District of Iowa___

Case number (*If known*): _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08/25/2023     ✗ *Colleen Miller*
_____     _____
MM / DD / YYYY            Signature of individual signing on behalf of debtor

*Colleen Miller*
_____
Printed name

*President of Board*
_____
Position or relationship to debtor

Accelerated Care Plus Leasing
c/o Greenberg, Grant & Richards, Inc.
5858 Westheimer Rd., Ste. 500
Houston, TX 77057

Acuity Insurance

Alliant Energy
P.O. Box 3060
Cedar Rapids, IA 52406-3060

Anderson Erickson Dairy Co.
2420 East University
Des Moines, IA 50317

Arjo Inc.
2349 W. Lake St., Ste. 250
Addison, IL 60101

Boji Portable Toilets Inc.
P.O. Box 1312
Spencer, IA 51301

Briggs Healthcare
7887 University Blvd.
Clive, IA 50325

Brighton Consulting Group Inc.
P.O. Box 42097
Urbandale, IA 50323

Buena Vista County Journal
P.O. Box 666
Newell, IA 50568-0666

Building Sprinkler Inc.
P.O. Box 1750
Sioux Falls, SD 57101

Bureau of the Fiscal Service
P.O. Box 830794
Birmingham, AL 35283-0794

Campbell, Higgins & Mummert PC
P.O. Box 237
Spencer, IA 51301

Canon Financial Services
158 Gaither Dr., Ste. 200
Mount Laurel, NJ 08054-1716

Centers for Medicare & Medicaid Services
1717 W. Broadway
Madison, WI 53713-1834

Community State Bank
1812 Hwy. Blvd.
Spencer, IA 51301

Coppage LTC Pharmacy Consulting, PLC
2506 Plum Creek Road
Algona, IA 50511

CRS
P.O. Box 667
Carroll, IA 51401

Dentons Davis Brown PC
215 10th St., Ste. 1300
Des Moines, IA 50309-3993

Direct Supply, Inc.
P.O. Box 88201
Milwaukee, WI 53288-0201

Dish
P.O. Box 7203
Pasadena, CA 91109-7303

Emagine
1103 38th Ave. W
Spencer, IA 51301

Gordon Flesch Company, Inc.
Bin 88236
Milwaukee, WI 53288-0236

Grant M. Rodgers
701 13th St., Ste. 1
West Des Moines, IA 50265

Grapetree Medical Staffing LLC
2501 Boji Bend Dr., Ste. 100
Milford, IA 51351

GRP & Associates Inc.
P.O. Box 94
Clear Lake, IA 50428

HealthCap RRG
130 S. 1st St., 4th Floor
Ann Arbor, MI 48104

HPSI Purchasing Services
1 Ada, Suite 150
Irvine, CA 92618-5338

I.C. System, Inc.
P.O. Box 64378
St. Paul, MN 55164-0378

Iowa Division of Labor Services
Boiler Safety Section
150 Des Moines St.
Des Moines, IA 50309

Jessica Board
P.O. Box 3086
Sioux City, IA 51102

KAYL AM/FM KKIA FM
910 Flindt Drive
Storm Lake, IA 50588

Key Rehab
1335 NW Broad St.
Murfreesboro, TN 37129

Kinetic Business
Attn:  Support Services
131 W. Matthews St.
Matthews, NC 28105

Knight Protection, Inc.
3070 Hwy. 71
Spencer, IA 51301-2023

Laurens Plumbing/Hwy. 10 Hardware
P.O. Box 97
Laurens, IA 50554

Martin Bros. Distributing Co., Inc.
P.O. Box 69
Cedar Falls, IA 50613-0069

Martin Health Services
P.O. Box 715001
Cincinnati, OH 45271-5001

McKesson Medical-Surgical
Minnesota Supply Inc.
9954 Mayland Dr., Ste. 5176A
Richmond, VA 23233

Northwest Communications
844 Wood St.
Havelock, IA 50546

Northwest Respiratory Services

Office Elements
1102 Historic 4th Street
Sioux City, IA 51101

Onestaff Medical
10802 Farnam Dr.
Omaha, NE 68154

Premium Quality Lighting
2285 Ward Ave.
Simi Valley, CA 93065

Presto-X
1125 Berkshire Blvd., Ste. 150
Reading, PA 19610

Providence Engraving LLC
11 East Orange Street
Tarpon Springs, FL 34689

R&D Industries, Inc.
812 10th Street
Milford, IA 51351

Stein Law Office
P.O. Box 537
Milford, IA 51351

Tasha Kay Stauffer
c/o Grant Rodgers
701 13th St., Ste. 1
West Des Moines, IA 50265

The Commercial Collection Corp. of NY, Inc.
34 Seymour St.
Tonawanda, NY 14150

The Laurens Sun
P.O. Box 141
Laurens, IA 50554

Thryv Inc.
2200 W. Airfield Dr.
Dallas, TX 75261

Titan Nurse Staffing, LLC
2110 S. 169th Plaza
Omaha, NE 68130

UnityPoint Health
6100 Thornton Ave., Ste. 220
Des Moines, IA 50321

Vivial
P.O. Box 4618
Carol Stream, IL 60197-4618

United States Bankruptcy Court

Northern District of Iowa

In re:   Albert City Improvement Corporation

Case No.

Chapter    7

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:  _8/25/2023_

_____
Signature of Individual signing on behalf of debtor

_____
Position or relationship to debtor

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

---
Northern District of Iowa
---

**In re**  Albert City Improvement Corporation

Case No. _____

**Debtor**

Chapter <u>7</u> _____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the
    above named debtor(s) and that compensation paid to me within one year before the filing of the
    petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of
    the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

[✔] FLAT FEE

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 2,662.00 ____

    Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . $ 2,662.00 ____

    Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 0.00 ____

[ ] RETAINER

    For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . $ _____

    The undersigned shall bill against the retainer at an hourly rate of  . . . . . . . . . . $ _____

    [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court
    approved fees and expenses exceeding the amount of the retainer.

2.  The source of the compensation paid to me was:

    [✔] Debtor        [ ] Other (specify)

3.  The source of compensation to be paid to me is:

    [✔] Debtor        [ ] Other (specify)

4.  [✔] I have not agreed to share the above-disclosed compensation with any other person unless they
    are members and associates of my law firm.

    [ ] I have agreed to share the above-disclosed compensation with a other person or persons who
    are not members or associates of my law firm. A copy of the Agreement, together with a list of the names
    of the people sharing the compensation is attached.

5.  In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the
    bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining
        whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be
        required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any
        adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.   [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____                    _____

*Date*                                        *Signature of Attorney*

Wil Forker

_____

*Name of law firm*
701 Pierce Street, Ste. 303
Sioux City, IA 51101

**United States Bankruptcy Court**

**IN RE:**                                                    Case No._____

Albert City Improvement Corporation
_____    Chapter ___7_____

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
| --- | --- | --- |